SOUTH TAHOE AREA TRANSIT
P.O. BOX 10600
STATELINE, NV  89449

EL DORADO COUNTY
PATRICIA BECK, ESQ.
330 FAIR LANE
PLACERVILLE, CA  95667

MYERS TIRE SUPPLY DIST.
ATTN:  MANAGING MEMBER
2879 S. SHOSHONE STREET
ENGLEWOOD, CO  80110

Jeffrey L. Hartman, Esq.
Hartman & Hartman
510 W Plumb Ln # B
Reno, NV  89509

FELDMAN, SHAW & MCLAUGHL
ATTN:  LEW FELDMAN
P.O. BOX 1249
ZEPHYR COVE, NV  89448

NV DEPT. OF TAXATION
BANKRUPTCY SECTION
4600 KIETZKE #L-235
RENO, NV  89502

AT&T CALNET 2
ATTN:  MANAGING MEMBER
P.O. BOX 989048
WEST SACRAMENTO, CA
95798

HARVEYS TAHOE MANAGEMENT
DBA HARVEYS RESORT HOTEL
DUANE D. HOLLOWY
ONE CAESARS PALACE DRIVE
LAS VEGAS, NV  89109

PINNACLE CNG COMPANY
ATTN:  MANAGING MEMBER
P.O. BOX 2499
MIDLAND, TX  79702

A-Z BUS SALES, INC.
ATTN:  MANAGING MEMBER
3418 52ND AVENUE
SACRAMENTO, CA  95823

IKON FINANCIAL SERVICES
ATTN:  MANAGING MEMBER
P.O. BOX 650073
DALLAS, TX  75265

REGIONAL TRANSPORTATION
COMMISSION WASHOE COUNTY
P.O. BOX 300002
RENO, NV  89520

BRINK'S INCORPORATED
ATTN:  MANAGING MEMBER
FILE #52005
LOS ANGELES, CA  90074

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLENCY OP
P.O. BOX 21126
PHILADELPHIA, PA  19114-

SEFAC, INC.
ATTN:  DAN MCCANN
23 FONTANA LANE, #110
BALTIMORE, MD  21237

C.G. UHLENBERG LLP
ATTN:  MANAGING MEMBER
333 TWIN DOLPHIN DR #230
REDWOOD CITY, CA  94065

LAKE TAHOE CASINO REALTY
DBA HORIZON CASINO
GLENN KOEHLER
P.O. BOX C
STATELINE, NV  89449

SIERRA PACIFIC POWER CO.
ATTN:  MANAGING MEMBER
P.O. BOX 30052
RENO, NV  89520

CITY OF SOUTH LAKE TAHOE
ATTN:  MANAGING MEMBER
1901 AIRPORT RD. #210
S. LAKE TAHOE, CA  96150

LAKESIDE INN AND CASINO
STACY DINGMAN
P.O. BOX 5640
STATELINE, NV  89449

SIERRACOM CONSULTING GRO
ATTN:  MANAGING MEMBER
P.O. BOX 10758
S. LAKE TAHOE, CA  96158

CSLT PARKS & RECREATION
1180 RUFUS ALLEN BLVD.
S. LAKE TAHOE, CA  96150

LEWIS MALDONADO
US EPA REGION 9 BK CONTA
OFFICE OF REGIONAL COUNS
75 HAWTHORNE STREET
SAN FRANCISCO, CA  94105

SOUTH TAHOE REFUSE
ATTN:  MANAGING MEMBER
2140 RUTH AVENUE
S. LAKE TAHOE, CA  91650

DEPT. OF EMPLOYMENT
EMPLOYMENT SECURITY DIV
500 EAST THIRD STREET
CARSON CITY, NV  89713

MV TRANSPORTATION, INC.
PROMISSORY NOTE
ATTN:  MANAGING MEMBER
P.O. BOX 39000
SAN FRANCISCO, CA  94139

SOUTHWEST GAS CORP.
ATTN:  MANAGING MEMBER
P.O. BOX 1190
CARSON CITY, NV  89702

DOUGLAS COUNTY
JUSTINA CAVIGLIA, ESQ.
DISTRICT ATTORNEY'S OFC
P.O. BOX 218
MINDEN, NV  89423

MV TRANSPORTATION, INC.-
ATTN:  MANAGING MEMBER
P.O. BOX 39000
SAN FRANCISCO, CA  94139

STATE OF NV DMV
ATTN:  LEGAL DIVISION
555 WRIGHT WAY
CARSON CITY, NV  89711

TAHOE REGIONAL PLANNING
ATTN:  MANAGING MEMBER
P.O. BOX 5310
STATELINE, NV  89449


TAHOE TRANSPORTATION DIS
CARL HASTY
P.O. BOX 499
ZEPHYR COVE, NV  89448


THE RIDGE TAHOE PROPERTY
OWNERS ASSOCIATION
DAN GARRISON
P.O. BOX 5790
STATELINE, NV  89449

TRANSIT RESOURCE CENTER
OF NEVADA
5840 RED BUG LAKE ROAD
WINTER SPRINGS, FL 32708


TROPICANA ENTERTAINMENT,
DBA MONTBLEU RESORT
MICHAEL R. BRUNET
3930 HOWARD HUGHES 4 FLR
LAS VEGAS, NV  89169

UNITED STATES TRUSTEE
300 BOOTH ST., #2129
RENO, NV  89509


VAIL RESORTS, INC., DBA
HEAVENLY MOUNTAIN RESORT
ANNIE T. KOA, ESQ.
390 INTERLOCKEN CRESCENT
BROOMFIELD, CO  80021

VERIZON CALIFORNIA
ATTN: MANAGING MEMBER
P.O. BOX 920041
DALLAS, TX  75392


WESTERN ENERGETIX, LLC
ATTN:  MANAGING MEMBER
655 S. STANFORD
SPARKS, NV  89431

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

**SOUTH TAHOE AREA TRANSIT AUTHORITY**

Debtor(s).

Bankruptcy No.:

Chapter    **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  **9/13/2010**

Signature  **s/ NANCY MCDERMID**

**NANCY MCDERMID**

vercredmatrix.wpd rev. 4/12/07

```
THE RIDGE TAHOE PROPERTY        HARVEYS TAHOE MANAGEMENT
OWNERS ASSOCIATION              DBA HARVEYS RESORT HOTEL
DAN GARRISON                    DUANE D. HOLLOWY
P.O. BOX 5790                   ONE CAESARS PALACE DRIVE


MV TRANSPORTATION, INC.         EL DORADO COUNTY
PROMISSORY NOTE                 PATRICIA BECK, ESQ.
ATTN:  MANAGING MEMBER          330 FAIR LANE
P.O. BOX 39000                  PLACERVILLE, CA  95667


TAHOE REGIONAL PLANNING         CITY OF SOUTH LAKE TAHOE
ATTN:  MANAGING MEMBER          ATTN:  MANAGING MEMBER
P.O. BOX 5310                   1901 AIRPORT RD. #210
STATELINE, NV  89449            S. LAKE TAHOE, CA  96150


TRANSIT RESOURCE CENTER         LAKESIDE INN AND CASINO
OF NEVADA                       STACY DINGMAN
5840 RED BUG LAKE ROAD          P.O. BOX 5640
WINTER SPRINGS, FL 32708        STATELINE, NV  89449


WESTERN ENERGETIX, LLC          LAKE TAHOE CASINO REALTY
ATTN:  MANAGING MEMBER          DBA HORIZON CASINO
655 S. STANFORD                 GLENN KOEHLER
SPARKS, NV  89431               P.O. BOX C


FELDMAN, SHAW & MCLAUGHL        DOUGLAS COUNTY
ATTN:  LEW FELDMAN              JUSTINA CAVIGLIA, ESQ.
P.O. BOX 1249                   DISTRICT ATTORNEY'S OFC
ZEPHYR COVE, NV  89448          P.O. BOX 218


SEFAC, INC.                     VAIL RESORTS, INC., DBA
ATTN:  DAN MCCANN               HEAVENLY MOUNTAIN RESORT
23 FONTANA LANE, #110           ANNIE T. KOA, ESQ.
BALTIMORE, MD  21237            390 INTERLOCKEN CRESCENT


MYERS TIRE SUPPLY DIST.         TAHOE REGIONAL PLANNING
ATTN:  MANAGING MEMBER          ATTN:  MANAGING MEMBER
2879 S. SHOSHONE STREET         P.O. BOX 5310
ENGLEWOOD, CO  80110            STATELINE, NV  89449


MV TRANSPORTATION, INC.-        TAHOE TRANSPORTATION DIS
ATTN:  MANAGING MEMBER          CARL HASTY
P.O. BOX 39000                  P.O. BOX 499
SAN FRANCISCO, CA  94139        ZEPHYR COVE, NV  89448


A-Z BUS SALES, INC.             C.G. UHLENBERG LLP
ATTN:  MANAGING MEMBER          ATTN:  MANAGING MEMBER
3418 52ND AVENUE                333 TWIN DOLPHIN DR #230
SACRAMENTO, CA  95823           REDWOOD CITY, CA  94065
```

| United States Bankruptcy Court<br>District of Nevada | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**SOUTH TAHOE AREA TRANSIT AUTHORITY** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): **26-3655698** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**128 MARKET STREET**<br>**STATELINE, NV**<br><br>ZIP CODE **89449** | Street Address of Joint Debtor (No. & Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**DOUGLAS** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. BOX 10600**<br>**STATELINE, NV**<br><br>ZIP CODE **89449** | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br><br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)
  _____

**Nature of Business**
(Check one box)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [x] Debts are primarily business debts.

---

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

---

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **SOUTH TAHOE AREA TRANSIT AUTHORITY** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed:    **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X **Not Applicable**<br>_____<br>Signature of Attorney for Debtor(s)          Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **SOUTH TAHOE AREA TRANSIT AUTHORITY** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. |
| [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. | (Check only **one** box.) |

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X   **Not Applicable**
_____
Signature of Debtor

X   **Not Applicable**
_____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

---

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐   I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X   **Not Applicable**
_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

---

**Signature of Attorney**

X   **/s/ JEFFREY L. HARTMAN, ESQ.**
_____
Signature of Attorney for Debtor(s)

**Jeffrey L. Hartman, Esq.   Bar No.   1607**
_____
Printed Name of Attorney for Debtor(s) / Bar No.

**Hartman & Hartman**
_____
Firm Name

**510 W Plumb Ln # B Reno, NV 89509**
_____
Address

**(775) 324-2800**        **(775) 324-1818**
_____
Telephone Number

**9/13/2010**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

---

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X   **Not Applicable**
_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X   **s/ NANCY MCDERMID**
_____
Signature of Authorized Individual

**NANCY MCDERMID**
_____
Printed Name of Authorized Individual

**PRESIDENT**
_____
Title of Authorized Individual

**9/13/2010**
_____
Date

**UNITED STATES BANKRUPTCY COURT**
**District of Nevada**

In re: **SOUTH TAHOE AREA TRANSIT AUTHORITY**_____ .

**Debtor**

Case No.

Chapter    **11**

# Exhibit "A" to Voluntary Petition

1.　　If any of debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934, the SEC file number is .

2.　　The following financial data is the latest available information and refers to debtor's condition on .

a.　　Total assets $\qquad$ $ _____ **394,369.04**

b.　　Total debts (including debts listed in 2.c., below) $ _____ **3,585,584.62**

Approximate
number of
holders

c.　　Debt securities held by more than 500 holders.

　　secured　　　　unsecured　　　　subordinated　　_____　　_____

d.　　Number of shares of preferred stock　　_____　　_____

e.　　Number of shares of common stock　　_____　　_____

　　Comments, if any:

3.　　Brief description of debtor's business:

　　**Non-profit public/private transit system.**

4.　　List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

Exhibit A - Page 1

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
## District of Nevada

In re  **SOUTH TAHOE AREA TRANSIT AUTHORITY** _____ , Case No. _____

Debtor

Chapter  **11** _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| **MV TRANSPORTATION, INC.-OPERATIONS**<br>**ATTN: MANAGING MEMBER**<br>**P.O. BOX 39000**<br>**SAN FRANCISCO, CA 94139** | | | **DISPUTED** | **$2,293,597.21** |
| **MV TRANSPORTATION, INC.**<br>**PROMISSORY NOTE**<br>**ATTN: MANAGING MEMBER**<br>**P.O. BOX 39000**<br>**SAN FRANCISCO, CA 94139** | | | | **$825,000.00** |
| **TAHOE REGIONAL PLANNING AGENCY**<br>**ATTN: MANAGING MEMBER**<br>**P.O. BOX 5310**<br>**STATELINE, NV 89449** | | | | **$137,585.46** |
| **TRANSIT RESOURCE CENTER OF NEVADA**<br>**5840 RED BUG LAKE ROAD**<br>**WINTER SPRINGS, FL 32708** | | | | **$60,114.18** |
| **WESTERN ENERGETIX, LLC**<br>**ATTN: MANAGING MEMBER**<br>**655 S. STANFORD**<br>**SPARKS, NV 89431** | | | | **$49,332.96** |
| **FELDMAN, SHAW & MCLAUGHLIN, LLP**<br>**ATTN: LEW FELDMAN**<br>**P.O. BOX 1249**<br>**ZEPHYR COVE, NV 89448** | | | | **$23,956.11** |

B4 (Official Form 4) (12/07)4 -Cont.

In re **SOUTH TAHOE AREA TRANSIT AUTHORITY** , Case No. _____

Debtor    Chapter **11** _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| **SEFAC, INC.**<br>**ATTN: DAN MCCANN**<br>**23 FONTANA LANE, #110**<br>**BALTIMORE, MD 21237** | | | | **$16,000.00** |
| **MYERS TIRE SUPPLY DIST. INC.**<br>**ATTN: MANAGING MEMBER**<br>**2879 S. SHOSHONE STREET**<br>**ENGLEWOOD, CO 80110** | | | | **$15.446.85** |
| **C.G. UHLENBERG LLP**<br>**ATTN: MANAGING MEMBER**<br>**333 TWIN DOLPHIN DR #230**<br>**REDWOOD CITY, CA 94065** | | | | **$14,000.00** |
| **A-Z BUS SALES, INC.**<br>**ATTN: MANAGING MEMBER**<br>**3418 52ND AVENUE**<br>**SACRAMENTO, CA 95823** | | | | **$11,643.56** |
| **THE RIDGE TAHOE PROPERTY OWNERS ASSOCIATION**<br>**DAN GARRISON**<br>**P.O. BOX 5790**<br>**STATELINE, NV 89449** | | | **CONTINGENT** | **$10,000.00** |
| **EL DORADO COUNTY**<br>**PATRICIA BECK, ESQ.**<br>**330 FAIR LANE**<br>**PLACERVILLE, CA 95667** | | | **CONTINGENT** | **$10,000.00** |

B4 (Official Form 4) (12/07)4 -Cont.

In re  **SOUTH TAHOE AREA TRANSIT AUTHORITY** _____ ,   Case No. _____

                                    Debtor                              Chapter  **11** _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| **CITY OF SOUTH LAKE TAHOE**<br>**ATTN:  MANAGING MEMBER**<br>**1901 AIRPORT RD. #210**<br>**S. LAKE TAHOE, CA  96150** | | | **CONTINGENT** | **$10,000.00** |
| **LAKESIDE INN AND CASINO**<br>**STACY DINGMAN**<br>**P.O. BOX 5640**<br>**STATELINE, NV  89449** | | | **CONTINGENT** | **$10,000.00** |
| **LAKE TAHOE CASINO REALTY I**<br>**DBA HORIZON CASINO**<br>**GLENN KOEHLER**<br>**P.O. BOX C**<br>**STATELINE, NV  89449** | | | **CONTINGENT** | **$10,000.00** |
| **DOUGLAS COUNTY**<br>**JUSTINA CAVIGLIA, ESQ.**<br>**DISTRICT ATTORNEY'S OFC**<br>**P.O. BOX 218**<br>**MINDEN, NV  89423** | | | **CONTINGENT** | **$10,000.00** |
| **VAIL RESORTS, INC., DBA**<br>**HEAVENLY MOUNTAIN RESORT**<br>**ANNIE T. KOA, ESQ.**<br>**390 INTERLOCKEN CRESCENT**<br>**BROOMFIELD, CO  80021** | | | **CONTINGENT** | **$10,000.00** |
| **TAHOE REGIONAL PLANNING**<br>**AGENCY**<br>**ATTN:  MANAGING MEMBER**<br>**P.O. BOX 5310**<br>**STATELINE, NV  89449** | | | **CONTINGENT** | **$10,000.00** |

B4 (Official Form 4) (12/07)4 -Cont.

In re  **SOUTH TAHOE AREA TRANSIT AUTHORITY** _____ , Case No. _____

_____ Debtor                              Chapter  **11** _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| TAHOE TRANSPORTATION DISTRICT CARL HASTY P.O. BOX 499 ZEPHYR COVE, NV  89448 | | | CONTINGENT | $10,000.00 |
| HARVEYS TAHOE MANAGEMENT CO., INC. DBA HARVEYS RESORT HOTEL DUANE D. HOLLOWY ONE CAESARS PALACE DRIVE LAS VEGAS, NV  89109 | | | CONTINGENT | $10,000.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, NANCY MCDERMID, PRESIDENT of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:  **9/13/2010** _____          Signature:     **s/ NANCY MCDERMID** _____

**NANCY MCDERMID ,PRESIDENT** _____
(Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**B6A (Official Form 6A) (12/07)**

In re:  **SOUTH TAHOE AREA TRANSIT AUTHORITY**                              Case No. _____
                    Debtor                                                                              **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| | | | | |

Total  ➤  **0.00**

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re  SOUTH TAHOE AREA TRANSIT AUTHORITY _____ ,    Case No. _____
                                Debtor                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **WELLS FARGO BANK** **XXXX0568** | | **35,368.25** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **ACCOUNTS RECEIVABLE** | | **55,000.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **SOUTH TAHOE AREA TRANSIT AUTHORITY**                    ,          Case No. _____
                                                                                        (If known)
        _____Debtor_____

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1994 40' BLUEBIRD** | | **100,000.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **1996 40' BLUEBIRD** | | **125,000.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2003 TOYOTA TACOMA PICKUP** | | **7,000.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2005 25' FORD AEROTECH** | | **1.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **DEL OPTIPLEX 380MT COMPUTER** | | **1,069.99** |
| Office equipment, furnishings, and supplies. | | **OFFICE DESK** | | **486.81** |
| 29. Machinery, fixtures, equipment and supplies used in business. | | **BENCHES AND TRASH RECEPTACLES AT SOUTH Y AND STATELINE** | | **10,967.00** |
| Machinery, fixtures, equipment and supplies used in business. | | **COOLING SYSTEM TESTER** | | **90.99** |
| Machinery, fixtures, equipment and supplies used in business. | | **DRIVER BADGES** | | **358.88** |
| Machinery, fixtures, equipment and supplies used in business. | | **ESI WWITH ACD PHONE SYSTEM** | | **6,247.78** |
| Machinery, fixtures, equipment and supplies used in business. | | **IR IMPACT WRENCH** | | **561.60** |
| Machinery, fixtures, equipment and supplies used in business. | | **MOBILE RADIOS AND BASES** | | **1.00** |

B6B (Official Form 6B) (12/07) -- Cont.

In re   <u>SOUTH TAHOE AREA TRANSIT AUTHORITY</u> ,     Case No. <u>                    </u>

                   Debtor                                                            (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment and supplies used in business. | | **MONEY COUNTERS** | | **399.77** |
| Machinery, fixtures, equipment and supplies used in business. | | **PLATFORM LADDER** | | **279.50** |
| Machinery, fixtures, equipment and supplies used in business. | | **RADAR GUN** | | **445.00** |
| Machinery, fixtures, equipment and supplies used in business. | | **ROB GAUGE SET** | | **187.46** |
| Machinery, fixtures, equipment and supplies used in business. | | **SIX STAINLESS STEEL PANEL PHONES WITH MOUNTING BOXES** | | **7,095.06** |
| Machinery, fixtures, equipment and supplies used in business. | | **THREE CTS AREA TRANSIT MANAGEMENT PHONE SYSTEMS** | | **42,887.35** |
| Machinery, fixtures, equipment and supplies used in business. | | **TICKET PUNCHES** | | **921.60** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested.  Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

      <u>  2  </u> continuation sheets attached           Total   >   **$ 394,369.04**

                                                       (Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

**B6D (Official Form 6D) (12/07)**

In re  **SOUTH TAHOE AREA TRANSIT AUTHORITY**                                    .          Case No.  _____

                                    Debtor                                                                                                (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☑   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | | |
| | | | **VALUE** _____ | | | | | |

<u>0</u>   continuation sheets
        attached

| | | |
|---|---|---|
| Subtotal  ➤ (Total of this page) | $               0.00 | $               0.00 |
| Total  ➤ (Use only on last page) | $               0.00 | $               0.00 |
| | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (4/10)

In re    **SOUTH TAHOE AREA TRANSIT AUTHORITY**                    Case No. _____
                                    Debtor                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑  **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑  **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑  **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

❑  **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑  **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑  **Claims for Death or Personal Injury  While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  continuation sheets attached

**B6E (Official Form 6E) (4/10) – Cont.**

In re **SOUTH TAHOE AREA TRANSIT AUTHORITY**                     Case No. _____

_____                              (If known)
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | | **$0.00** |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals ▸ (Totals of this page) | $    **0.00** | $    **0.00** | $    **0.00** |
| Total ▸ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $    **0.00** | | |
| Total ▸ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $    **0.00** | $    **0.00** |

B6F (Official Form 6F) (12/07)

In re    <u>SOUTH TAHOE AREA TRANSIT AUTHORITY</u>                Case No. _____
                               Debtor                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 816.06 |
| **AT&T CALNET 2 ATTN: MANAGING MEMBER P.O. BOX 989048 WEST SACRAMENTO, CA 95798** | | | **TRADE DEBT** | | | | |
| ACCOUNT NO. | | | | | | | 11,643.56 |
| **A-Z BUS SALES, INC. ATTN: MANAGING MEMBER 3418 52ND AVENUE SACRAMENTO, CA 95823** | | | **TRADE DEBT** | | | | |
| ACCOUNT NO. | | | | | | | 333.57 |
| **BRINK'S INCORPORATED ATTN: MANAGING MEMBER FILE #52005 LOS ANGELES, CA 90074** | | | **TRADE DEBT** | | | | |
| ACCOUNT NO. | | | | | | | 14,000.00 |
| **C.G. UHLENBERG LLP ATTN: MANAGING MEMBER 333 TWIN DOLPHIN DR #230 REDWOOD CITY, CA 94065** | | | **TRADE DEBT** | | | | |
| ACCOUNT NO. | | | | | | | 10,000.00 |
| **CITY OF SOUTH LAKE TAHOE ATTN: MANAGING MEMBER 1901 AIRPORT RD. #210 S. LAKE TAHOE, CA 96150** | | | **INDEMNITY CLAIM** | X | | | |

    <u>6</u>   Continuation sheets attached

                                                    Subtotal ➤ $         **36,793.19**

                                                    Total ➤ $
                         (Use only on last page of the completed Schedule F.)
                 (Report also on Summary of Schedules and, if applicable on the Statistical
                        Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  SOUTH TAHOE AREA TRANSIT AUTHORITY

Debtor

Case No. _____

(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**CITY OF SOUTH LAKE TAHOE**<br>**ATTN:  MANAGING MEMBER**<br>**1901 AIRPORT RD. #210**<br>**S. LAKE TAHOE, CA  96150** | | | **TRADE DEBT** | | | | 3,000.00 |
| ACCOUNT NO.<br><br>**CSLT PARKS & RECREATION**<br>**1180 RUFUS ALLEN BLVD.**<br>**S. LAKE TAHOE, CA  96150** | | | **TRADE DEBT** | | | | 3,353.18 |
| ACCOUNT NO.<br><br>**DOUGLAS COUNTY**<br>**JUSTINA CAVIGLIA, ESQ.**<br>**DISTRICT ATTORNEY'S OFC**<br>**P.O. BOX 218**<br>**MINDEN, NV  89423** | | | **INDEMNITY CLAIM** | X | | | 10,000.00 |
| ACCOUNT NO.<br><br>**EL DORADO COUNTY**<br>**PATRICIA BECK, ESQ.**<br>**330 FAIR LANE**<br>**PLACERVILLE, CA  95667** | | | **INDEMNITY CLAIM** | X | | | 10,000.00 |
| ACCOUNT NO.<br><br>**FELDMAN, SHAW & MCLAUGHLIN, LLP**<br>**ATTN:  LEW FELDMAN**<br>**P.O. BOX 1249**<br>**ZEPHYR COVE, NV  89448** | | | **TRADE DEBT** | | | | 23,956.11 |

Sheet no. 1 of 6 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➢  $ | 50,309.29

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re **SOUTH TAHOE AREA TRANSIT AUTHORITY** _____
　　　　　　　　　　　Debtor

Case No. _____
　　　　　　　　(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**HARVEYS TAHOE MANAGEMENT CO., INC. DBA HARVEYS RESORT HOTEL DUANE D. HOLLOWY ONE CAESARS PALACE DRIVE LAS VEGAS, NV 89109** | | | **INDEMNITY CLAIM** | X | | | 10,000.00 |
| ACCOUNT NO.<br><br>**IKON FINANCIAL SERVICES ATTN: MANAGING MEMBER P.O. BOX 650073 DALLAS, TX 75265** | | | **TRADE DEBT** | | | | 143.82 |
| ACCOUNT NO.<br><br>**LAKE TAHOE CASINO REALTY I DBA HORIZON CASINO GLENN KOEHLER P.O. BOX C STATELINE, NV 89449** | | | **INDEMNITY CLAIM** | X | | | 10,000.00 |
| ACCOUNT NO.<br><br>**LAKESIDE INN AND CASINO STACY DINGMAN P.O. BOX 5640 STATELINE, NV 89449** | | | **INDEMNITY CLAIM** | X | | | 10,000.00 |
| ACCOUNT NO.<br><br>**MV TRANSPORTATION, INC. PROMISSORY NOTE ATTN: MANAGING MEMBER P.O. BOX 39000 SAN FRANCISCO, CA 94139** | | | **TRADE DEBT** | | | | 825,000.00 |

Sheet no. 2 of 6 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 855,143.82

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   <u>SOUTH TAHOE AREA TRANSIT AUTHORITY</u>                     Case No. _____
                          Debtor                                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**MV TRANSPORTATION, INC.-OPERATIONS**<br>**ATTN:  MANAGING MEMBER**<br>**P.O. BOX 39000**<br>**SAN FRANCISCO, CA  94139** | | | **TRADE DEBT** | | | X | **2,293,597.21** |
| ACCOUNT NO.<br><br>**MYERS TIRE SUPPLY DIST. INC.**<br>**ATTN:  MANAGING MEMBER**<br>**2879 S. SHOSHONE STREET**<br>**ENGLEWOOD, CO  80110** | | | **TRADE DEBT** | | | | **15,446.85** |
| ACCOUNT NO.<br><br>**PINNACLE CNG COMPANY**<br>**ATTN:  MANAGING MEMBER**<br>**P.O. BOX 2499**<br>**MIDLAND, TX  79702** | | | **TRADE DEBT** | | | | **6,406.35** |
| ACCOUNT NO.<br><br>**REGIONAL TRANSPORTATION**<br>**COMMISSION WASHOE COUNTY**<br>**P.O. BOX 300002**<br>**RENO, NV  89520** | | | **TRADE DEBT** | | | | **3,984.63** |
| ACCOUNT NO.<br><br>**SEFAC, INC.**<br>**ATTN:  DAN MCCANN**<br>**23 FONTANA LANE, #110**<br>**BALTIMORE, MD  21237** | | | **TRADE DEBT** | | | | **16,000.00** |

Sheet no. _3_ of _6_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $              **2,335,435.04**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **SOUTH TAHOE AREA TRANSIT AUTHORITY**                    Case No. _____
                    Debtor                                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 1,705.15 |
| SIERRA PACIFIC POWER CO. ATTN: MANAGING MEMBER P.O. BOX 30052 RENO, NV 89520 | | | TRADE DEBT | | | | |
| ACCOUNT NO. | | | | | | | 7,930.22 |
| SIERRACOM CONSULTING GROUP ATTN: MANAGING MEMBER P.O. BOX 10758 S. LAKE TAHOE, CA 96158 | | | TRADE DEBT | | | | |
| ACCOUNT NO. | | | | | | | 422.08 |
| SOUTH TAHOE REFUSE ATTN: MANAGING MEMBER 2140 RUTH AVENUE S. LAKE TAHOE, CA 91650 | | | TRADE DEBT | | | | |
| ACCOUNT NO. | | | | | | | 600.87 |
| SOUTHWEST GAS CORP. ATTN: MANAGING MEMBER P.O. BOX 1190 CARSON CITY, NV 89702 | | | TRADE DEBT | | | | |
| ACCOUNT NO. | | | | | | | 137,585.46 |
| TAHOE REGIONAL PLANNING AGENCY ATTN: MANAGING MEMBER P.O. BOX 5310 STATELINE, NV 89449 | | | TRADE DEBT | | | | |

Sheet no. 4 of 6 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 148,243.78

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re  **SOUTH TAHOE AREA TRANSIT AUTHORITY**                         Case No. _____
                                Debtor                                                      **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **TAHOE REGIONAL PLANNING AGENCY ATTN:  MANAGING MEMBER P.O. BOX 5310 STATELINE, NV  89449** | | | **INDEMNITY CLAIM** | X | | | 10,000.00 |
| ACCOUNT NO. <br><br> **TAHOE TRANSPORTATION DISTRICT CARL HASTY P.O. BOX 499 ZEPHYR COVE, NV  89448** | | | **INDEMNITY CLAIM** | X | | | 10,000.00 |
| ACCOUNT NO. <br><br> **THE RIDGE TAHOE PROPERTY OWNERS ASSOCIATION DAN GARRISON P.O. BOX 5790 STATELINE, NV  89449** | | | **INDEMNITY CLAIM** | X | | | 10,000.00 |
| ACCOUNT NO. <br><br> **TRANSIT RESOURCE CENTER OF NEVADA 5840 RED BUG LAKE ROAD WINTER SPRINGS, FL 32708** | | | **TRADE DEBT** | | | | 60,114.18 |
| ACCOUNT NO. <br><br> **TROPICANA ENTERTAINMENT, INC. DBA MONTBLEU RESORT MICHAEL R. BRUNET 3930 HOWARD HUGHES 4 FLR LAS VEGAS, NV  89169** | | | **INDEMNITY CLAIM** | X | | | 10,000.00 |

Sheet no.  5 of 6 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $    **100,114.18**

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re  **SOUTH TAHOE AREA TRANSIT AUTHORITY**  _____    Case No. _____
                                        Debtor                                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | X | | | 10,000.00 |
| **VAIL RESORTS, INC., DBA HEAVENLY MOUNTAIN RESORT ANNIE T. KOA, ESQ. 390 INTERLOCKEN CRESCENT BROOMFIELD, CO  80021** | | | **INDEMNITY CLAIM** | | | | |
| ACCOUNT NO. | | | | | | | 212.36 |
| **VERIZON CALIFORNIA ATTN:  MANAGING MEMBER P.O. BOX 920041 DALLAS, TX  75392** | | | **TRADE DEBT** | | | | |
| ACCOUNT NO. | | | | | | | 49,332.96 |
| **WESTERN ENERGETIX, LLC ATTN:  MANAGING MEMBER 655 S. STANFORD SPARKS, NV  89431** | | | **TRADE DEBT** | | | | |

Sheet no.  6 of 6 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤  $  **59,545.32**

Total  ➤  $  **3,585,584.62**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re:    SOUTH TAHOE AREA TRANSIT AUTHORITY                    ,        Case No. _____
_____
                    Debtor                                                                    (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| AT&T<br>ATTN:  MANAGING MEMBER<br>3675 "T" ST.,  ROOM 121<br>SACRAMENTO, CA  95816 | AUTHORIZATION TO ORDER TELECOMMUNICATION SERVICE UNDER STATE CONTRACT |
| BRINK'S U.S.<br>ATTN:  MANAGING MEMBER<br>FILE #52005<br>LOS ANGELES, CA  90074 | SERVICE AGREEMENT |
| BURGARELLO ALARM, INC.<br>ATTN:  MANAGING MEMBER<br>P.O. BOX 1883<br>SPARKS, NV  89432 | ALARM SERVICE AGREEMENT |
| CALIFORNIA DEPT. OF TRAN<br>ATTN:  LSAM NGUYN<br>1120 N. STREET, MS 74<br>SACRAMENTO, CA  95814 | SERVICE AGREEMENT |
| CALIFORNIA DEPT. OF TRANS.<br>ATTN:  JAMES OGBONNA<br>1220 N. STREET, MS 39<br>SACRAMENTO, CA  95814 | FTA SEC 5311-ARRA FUNDING FOR PREVENTIVE MAINTENANCE |
| CALIFORNIA DEPT. OF TRANS.<br>ATTN:  TRACEY FROST<br>1220 N. STREET, MS 39<br>SACRAMENTO, CA  95814 | |
| CALIFORNIA DEPT. OF TRANS.<br>ATTN:  CINDY CHLAVERINI<br>1220 N. STREET, MS 39<br>SACRAMENTO, CA  95814 | CAPITAL TRANSIT VEHICLE PURCHASE |
| CARSON CITY RTC<br>ATTN:  PATRICK PITTENGER<br>3505 BUTTI WAY<br>CARSON CITY, NV  89701 | INTERLOCAL COOP AGREEMENT |

B6G (Official Form 6G) (12/07) -Cont.

In re:   **SOUTH TAHOE AREA TRANSIT AUTHORITY** ,         Case No. _____
_____
                    **Debtor**                                                (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **CITY BUS ADVERTISING**<br>**ATTN:  BOB STOWE**<br>**421 SANDRA WAY**<br>**SANTA ROSA, CA  94505** | **TRANSIT ADVERTISING SERVICE AGREEMENT** |
| **CITY OF SOUTH LAKE TAHOE**<br>**ATTN:  RICK ANGELOCCI**<br>**1901 AIRPORT RD, #100**<br>**S. LAKE TAHOE, CA  96150** | **TRANSIT FACILITIES LEASE AGREEMENT** |
| **COUNTY OF EL DORADO**<br>**DEPUTY DIR. ENGINEERING**<br>**9248 EMERALD BAY ROAD**<br>**S. LAKE TAHOE, CA  96150** | **TRANSFER AGREEMENT** |
| **EASTERN SIERRA TRANSIT AUTH**<br>**ATTN:  JOHN HELM**<br>**P.O. BOX 1357**<br>**BISHOP, CA  93515** | **TRANSFER AGREEMENT** |
| **HEAVENLY VALLEY LP**<br>**ATTN:  MANAGING MEMBER**<br>**P.O. BOX 2180**<br>**STATELINE, NV  89449** | **VEHICLE PURCHASE & REPURCHASE OPTION AGREEMENT** |
| **IKON FINANCIAL SERVICES**<br>**ATTN:  MANAGING MEMBER**<br>**P.O. BOX 9115**<br>**MACON, GA  31208** | **EQUIPMENT LEASE AGREEMENT** |
| **LAKE TAHOE DEVELOPMENT CO., LLC**<br>**P.O. BOX 456**<br>**ZEPHYR COVE, NV  89448** | **LICENSE AND INDEMNITY AGREEMENT** |
| **NEVADA DEPT. OF TRANS.**<br>**TRACY LARKIN-THOMPSON**<br>**1263 S. STEWART ST.**<br>**CARSON CITY, NV  89712** | **CAPITAL-TRANSIT VEHICLE PURCHASE** |

B6G (Official Form 6G) (12/07) -Cont.

In re:  <u>SOUTH TAHOE AREA TRANSIT AUTHORITY</u>              ,        Case No.  _____
                                    **Debtor**                                                    **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **REGIONAL TRANSPORTATION COMMISSION**<br>**ATTN:  ANGELA WHITE**<br>**1105 TERMINAL WAY, #316**<br>**RENO, NV  89502** | **ADVERTISING AGREEMENT** |
| **STATE OF NEVADA**<br>**DEPT. OF TRANSPORTATION**<br>**TRACY LARKIN-THOMASON**<br>**1236 S. STEWART ST.**<br>**CARSON CITY, NV  89712** | **GRANTEE AGREEMENT** |
| **TAHOE REG. PLANNING AGENCY**<br>**ATTN:  KATHY TOMASAK**<br>**P.O. BOX 5310**<br>**STATELINE, NV  89449** | **CONSULTANT SERVICE AGREEMENT** |
| **TAHOE REG. PLANNING AGENCY**<br>**ATTN:  JOANNE MARCHETTA**<br>**P.O. BOX 5310**<br>**STATELINE, NV  89449** | **MOU FOR ADMINISTRATIVE SUPPORT SERVICE** |
| **TAHOE REG. PLANNING AGENCY**<br>**ATTN:  LISA WOODHAMS**<br>**P.O. BOX 5310**<br>**STATELINE, NV  89449** | **SHORT TERM STORAGE RENTAL AGREEMENT - TROLLEY VEHICLES** |
| **TAHOE TRANSPORTATION DISTRICT**<br>**ATTN:  CARL HASTY**<br>**P.O. BOX 5310**<br>**STATELINE, NV  89449** | **VEHICLE LEASE FOR TRANSIT BUSES** |
| **THE RIDGE PROPERTY OWNER'S ASSOC.**<br>**ATTN:  DAN GARRISON**<br>**P.O. BOX 5790**<br>**STATELINE, NV  89449** | **OPERATIONS AGREEMENT VEHICLE PURCHASE AND REPURCHASE OPTION AGREEMENT FOR TRANSIT SERVICE** |
| **WESTERN ENERGETIX**<br>**ATTN:  K.C. WALTERS**<br>**655 S. STANFORD WAY**<br>**SPARKS, NV  89431** | **COMMERCIAL CREDIT AND AGREEMENT - FUEL FOR VEHICLE FLEET** |

**B6H (Official Form 6H) (12/07)**

**In re:** SOUTH TAHOE AREA TRANSIT AUTHORITY                                    **Case No.** _____
_____.                                                                      **(If known)**
                                                           **Debtor**

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**B6 Summary (Official Form 6 - Summary) (12/07)**

# United States Bankruptcy Court

## District of Nevada

In re  **SOUTH TAHOE AREA TRANSIT AUTHORITY**                                   ,        Case No. _____

                                Debtor

                                                                                 Chapter   __11_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | NO | 1 | $            0.00 | | |
| B - Personal Property | NO | 3 | $        394.369.04 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | NO | 1 | | $            0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | NO | 2 | | $            0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 7 | | $        3.585.584.62 | |
| G - Executory Contracts and Unexpired Leases | YES | 3 | | | |
| H - Codebtors | NO | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 18 | $        394,369.04 | $        3,585,584.62 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## District of Nevada

In re  **SOUTH TAHOE AREA TRANSIT AUTHORITY**                  Case No. _____
                                Debtor                          Chapter   **11**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $    0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $    0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $    0.00 |
| Student Loan Obligations (from Schedule F) | $    0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $    0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $    0.00 |
| TOTAL | $    0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $    0.00 |
| Average Expenses (from Schedule J, Line 18) | $    0.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $    0.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $    0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $    0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $    0.00 |
| 4. Total from Schedule F | | $    3,585,584.62 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $    3,585,584.62 |

Name, Address, Telephone No. & I.D. No.

**Jeffrey L. Hartman, Esq.**
**Hartman & Hartman**
**510 W Plumb Ln # B**
**Reno, NV 89509**
Phone: **(775) 324-2800**          Fax:     **(775) 324-1818**
I.D. No.: **1607**

## UNITED STATES BANKRUPTCY COURT
District of Nevada

In Re

**SOUTH TAHOE AREA TRANSIT AUTHORITY**

BANKRUPTCY NO.
CHAPTER NO.    **11**

Debtor(s).

## DECLARATION RE: ELECTRONIC FILING OF PETITION
## SCHEDULES, STATEMENTS AND PLAN (if applicable)

### PART I - DECLARATION OF PETITIONER

I **NANCY MCDERMID**                                              ,
the undersigned debtor(s) hereby declare under penalty of perjury that the information I have given my attorney and the information provided in the electronically filed petition, statements, schedules, amendments and plan (if applicable) as indicated above is true and correct. I consent to my attorney filing my petition, this declaration, statements, schedules and plan (if applicable) as indicated above to the United States Bankruptcy Court. I understand that this DECLARATION RE: ELECTRONIC FILING is to be filed with the Clerk once all schedules have been filed electronically but, in no event, no later than 15 days following the date the petition was electronically filed. I understand that failure to file the signed original of this DECLARATION will cause my case to be dismissed pursuant to 11 U.S.C § 707(a)(3) without further notice.

☐     If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7 or 13. I am aware that I may proceed under chapter 7, 11, 12, or 13 of 11 United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7 or 13. I request relief in accordance with the chapter specified in this petition.

☑     [If petitioner is a corporation or partnership]   I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in this petition.

Dated: **9/13/2010**

Signed: **s/ NANCY MCDERMID**
          **NANCY MCDERMID**
                    (Applicant)

### PART II - DECLARATION OF ATTORNEY

I, the attorney for the petitioner named in the foregoing petition, declare that, I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Dated: **9/13/2010**

Signed: **/s/ JEFFREY L. HARTMAN, ESQ.**
          **Jeffrey L. Hartman, Esq.**
          Attorney for Debtor(s)

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  SOUTH TAHOE AREA TRANSIT AUTHORITY                                        Case No.  _____
                          Debtor                                                                                    (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

(NOT  APPLICABLE)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I **NANCY MCDERMID**, the **PRESIDENT** of the **Corporation** named as debtor in this case, declare under penalty of
perjury that I have read the foregoing summary and schedules, consisting of       **19**_____ sheets *(Total shown on summary page plus 1)*,
and that they are true and correct to the best of my knowledge, information, and belief.


Date    **9/13/2010**_____                Signature:    **s/ NANCY MCDERMID**_____
                                                                              **NANCY MCDERMID PRESIDENT**_____
                                                                              [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

## United States Bankruptcy Court
### District of Nevada

In re:   **SOUTH TAHOE AREA TRANSIT AUTHORITY**                              Case No.

# List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| | | | |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **NANCY MCDERMID**, **PRESIDENT** of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date:   <u>9/13/2010</u>                         <u>s/ NANCY MCDERMID</u>

**NANCY MCDERMID, PRESIDENT, SOUTH TAHOE AREA TRANSIT AUTHORITY**

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

B7 (Official Form 7) (4/10)

**UNITED STATES BANKRUPTCY COURT**
**District of Nevada**

In re:  **SOUTH TAHOE AREA TRANSIT AUTHORITY** _____,          Case No. _____

                                Debtor                                                          (If known)

# STATEMENT OF FINANCIAL AFFAIRS

---

### 1.  Income from employment or operation of business

None
☑

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                          SOURCE                                      FISCAL YEAR PERIOD

---

### 2.  Income other than from employment or operation of business

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                          SOURCE                                      FISCAL YEAR PERIOD

---

### 3.  Payments to creditors

***Complete a. or b., as appropriate, and c.***

None
☑

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NAME AND ADDRESS OF             DATES OF                AMOUNT              AMOUNT
CREDITOR                        PAYMENTS                PAID                STILL OWING

2

None ☑ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4.  Suits and administrative proceedings, executions, garnishments and attachments

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATIO | STATUS OR DISPOSITION |
|---|---|---|---|
| **MV TRANSPORTATION v. STATA**    **10-CV-0195** | **BREACH OF CONTRACT** | **NINTH JUDICIAL DISTRICT COURT, COUNTY OF DOUGLAS** | **STAYED** |
| **MV TRANSPORTATION v. STATA, TRPA, et al.**    **10-CV-0240** | **BREACH OF CONTRACT, ALTER EGO** | **NINTH JUDICIAL DISTRICT COURT, COUNTY OF DOUGLAS** | **STAYED** |
| **STATA v. AREA TRANSIT MANAGEMENT**    **09-CV-0094** | **BREACH OF CONTRACT** | **NINTH JUDICIAL DISTRICT COURT, COUNTY OF DOUGLAS** | **PENDING** |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

3

## 5.  Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

## 6.  Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

## 7.  Gifts

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

## 8.  Losses

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

4

### 9. Payments related to debt counseling or bankruptcy

None    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for
☐    consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within
**one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Hartman & Hartman<br>510 W Plumb Ln # B<br>Reno, NV  89509** | | **30,000.00** |

### 10. Other transfers

None    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the
☑    debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case.
(Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint
petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a
☑    self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed,
☑    sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking,
savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks,
credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors
filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or
both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within
☑    **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13
must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are
separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITOR | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

5

## 13. Setoffs

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14. Property held for another person

None ☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15. Prior address of debtor

None ☑

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

## 16. Spouses and Former Spouses

None ☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑

a.    List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

6

None ☑  b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑  c.    List all  judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18.  Nature, location and name of business

None ☑  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the  commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ☑  b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

## 19.  Books, records and financial statements

None ☑  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

None ☑  b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ☑  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

**7**

None ☑    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS           DATE ISSUED

## 20. Inventories

None ☑    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY       INVENTORY SUPERVISOR       DOLLAR AMOUNT OF INVENTORY
(Specify cost, market or other basis)

None ☑    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

                       NAME AND ADDRESSES OF CUSTODIAN
DATE OF INVENTORY           OF INVENTORY RECORDS

## 21. Current Partners, Officers, Directors and Shareholders

None ☑    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS           NATURE OF INTEREST       PERCENTAGE OF INTEREST

None ☑    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

                                               NATURE AND PERCENTAGE
NAME AND ADDRESS            TITLE            OF STOCK OWNERSHIP

## 22. Former partners, officers, directors and shareholders

None ☑    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                 ADDRESS             DATE OF WITHDRAWAL

None ☑    b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS           TITLE           DATE OF TERMINATION

## 23. Withdrawals from a partnership or distributions by a corporation

None ☑    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS                                   AMOUNT OF MONEY
OF RECIPIENT,                    DATE AND PURPOSE       OR DESCRIPTION
RELATIONSHIP TO DEBTOR        OF WITHDRAWAL          AND VALUE OF PROPERTY

8

### 24. Tax Consolidation Group.

None
☑

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME  OF PARENT CORPORATION                    TAXPAYER IDENTIFICATION NUMBER (EIN)

### 25. Pension Funds.

None
☑

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME  OF PENSION FUND                    TAXPAYER IDENTIFICATION NUMBER (EIN)

*  *  *  *  *  *

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   9/13/2010                              Signature   **s/ NANCY MCDERMID**

**NANCY MCDERMID, PRESIDENT**
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571.*

Form B1, Exhibit C
(9/01)

# UNITED STATES BANKRUPTCY COURT
## District of Nevada

Exhibit "C"

*[If, to the best of the debtor's knowledge, the debtor owns or has possession of property that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety, attach this Exhibit "C" to the petition.]*

In re:                                                               Case No.:

**SOUTH TAHOE AREA TRANSIT AUTHORITY**            Chapter:    **11**

Debtor(s)

Exhibit "C" to Voluntary Petition

1. Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

**N/A**
_____
_____
_____
_____

2. With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

**N/A**
_____
_____
_____
_____

B 203
(12/94)

### UNITED STATES BANKRUPTCY COURT
### District of Nevada

In re:    **SOUTH TAHOE AREA TRANSIT AUTHORITY**      Case No. _____

                       Debtor      Chapter    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | **30,000.00** |
| Prior to the filing of this statement I have received | $ | **30,000.00** |
| Balance Due | $ | **0.00** |

2.  The source of compensation paid to me was:

    ☑ Debtor      ☐ Other (specify)

3.  The source of compensation to be paid to me is:

    ☐ Debtor      ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a)  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b)  Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

    c)  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d)  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e)  [Other provisions as needed]
        **None**

6.  By agreement with the debtor(s) the above disclosed fee does not include the following services:
    **None**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **9/13/2010**

                             **/s/ JEFFREY L. HARTMAN, ESQ.**
                             **Jeffrey L. Hartman, Esq., Bar No. 1607**

                             **Hartman & Hartman**
                             Attorney for Debtor(s)

# United States Bankruptcy Court
## District of Nevada

In re  **SOUTH TAHOE AREA TRANSIT AUTHORITY**          Case No.

Debtor.                                                                        Chapter    **11**

# STATEMENT OF CORPORATE OWNERSHIP

Comes now **SOUTH TAHOE AREA TRANSIT AUTHORITY** (the "Debtor") and pursuant to Fed. R. Bankr. P. 1007(a) and
7007.1 state as follows:

_____   All corporations that directly or indirectly own 10% or more of any class of the corporation's equity interests are listed below:

**Owner**                                                                 **% of Shares Owned**
**None**

OR,

____**X**____  There are no entities to report.

By _/s/ JEFFREY L. HARTMAN, ESQ._____
    **Jeffrey L. Hartman, Esq.**
    Signature of Attorney

Counsel for    **SOUTH TAHOE AREA TRANSIT
                     AUTHORITY**

Bar no.:    **1607**

Address.:    **Hartman & Hartman
                  510 W Plumb Ln # B
                  Reno, NV  89509**

Telephone No.:  **(775) 324-2800**

Fax No.:    **(775) 324-1818**
E-mail address: